

# NUMBER 13-24-00360-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**TRAVIS SCOTT KIPFER,**                                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                      **Appellee.**

---

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justice Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides**

Appellant Travis Scott Kipfer filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number S-23-3231CR. The trial court's certification of the defendant's right to appeal shows that the case was a plea-bargain case, and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On July 18, 2024, we ordered appellant's counsel to review the record and determine whether appellant has the right to appeal. On July 31, 2024, appellant's counsel filed a response indicating the judgment was entered after a plea-bargain; she further concluded that the appellant does not otherwise have the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *Id.* R. 25.2(d); *see id.* R. 37.1, 44.3, 44.4. Accordingly, the appeal is hereby dismissed.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of August, 2024.